# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMELL FAYSON,<br>    Plaintiff,<br>v.<br>IATSE LOCAL 720 STAGE HAND UNION[1], et al.,<br>    Defendants. | Case No. 2:25-cv-02561-JAD-NJK<br>**Order**<br>[Docket No. 5] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 5.

On December 29, 2025, the Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice because the application was incomplete. Docket No. 3; *see also* Docket No. 1. The Court afforded Plaintiff until January 16, 2026, to either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. *See* Docket No. 3. Plaintiff filed an application on the long form. Docket No. 5.

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in *forma pauperis*. Docket No. 5. In determining whether to permit a plaintiff to proceed *in forma pauperis*, the Court evaluates the income and assets to which the plaintiff has access, including those of his spouse. *See, e.g.*, *Flores v. Colvin*, 2014 U.S. Dist. LEXIS 93236, at *3-4 (D. Nev. May 22, 2014) (collecting cases). "If the plaintiff is supported by [his] spouse, and [his] spouse is financially able to pay the costs of this appeal, it follows that the plaintiff's own lack of funds will not prevent [him] from gaining access to the courts." *Monti v. McKeon*, 600 F. Supp. 112, 114 (D. Conn. 1984). In the instant application, Plaintiff submits that his spouse is employed and had an average

---

[1] The Clerk's Office is **INSTRUCTED** to correct the spelling of "Union" on the Docket. *See* Docket.

1

monthly income amount of $18,000 during the past 12 months. *See* Docket No. 5 at 1 (response to Question 1 regarding Plaintiff's spouse's "[a]verage monthly income during the past 12 months"). Plaintiff's spouse's average monthly income over the past 12 months exceeds the federal poverty guidelines for a family of six, *cf. Andrea L.M. v. O'Malley*, 2024 U.S. Dist. Lexis 117157, at *2 (D. Nev. July 3, 2024) (comparing income to poverty guidelines). That monthly income is also well above the amounts that have led to denial of *in forma pauperis* status, *see, e.g.*, *Brunson v. Soc. Sec.*, 2019 WL 6709544, at *1 (D. Nev. Oct. 31, 2019) (denying *in forma pauperis* status based on monthly income of $1,397), *adopted*, 2019 WL 6700193 (D. Nev. Dec. 9, 2019), and the Court has rejected similar requests, *see Andrea L.M.*, 2024 U.S. Dist. Lexis 117157, at *2. In short, it appears that Plaintiff is able to pay the filing fee.

Nonetheless, the Court will afford Plaintiff one final opportunity to submit the long form *in forma pauperis* application[2] and/or explain whether the Court should consider Plaintiff's spouse's income as part of the analysis leading to the ruling on the *in forma pauperis* application. *See Escobedo v. Applebees*, 787 F.3d 1226, 1236 (explaining that there are marital arrangements in which one spouse's funds may not be available to the other spouse).

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Docket No. 5. No later than **January 23, 2026**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

---

[2] It appears that Plaintiff may not have correctly understood and responded to Question 1 on the long form application, which instructs the applicant to "estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate." Docket No. 5 at 1. For example, Plaintiff indicated that he received an average monthly income of $15,704 from "unemployment pending adjudication" over the previous 12 months. *See id.* at 1-2.

1  The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the <u>long form</u> *in forma*
2  *pauperis* application for non-prisoners and instructions for the same.
3  IT IS SO ORDERED.
4  Dated: January 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge