**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jamel Fayson,<br><br>               Plaintiff<br><br>v.<br><br>IATSE Local 720 Stage Hand Union, et al.,<br><br>               Defendants | Case No.: 2:25-cv-02561-JAD-NJK<br><br>**Order Adopting<br>Report & Recommendation and<br>Dismissing Case**<br><br>[ECF No. 7] |

On March 16, 2026, the magistrate judge entered a report and recommendation to dismiss this case because the plaintiff has ignored this court's order to either pay the filing fee or file a complete application to proceed *in forma pauperis*.[1]  Any objection to that recommendation was due by March 30, 2026, but Plaintiff Jamel Fayson neither objected nor moved to extend his time to do so.  When no objections are filed, no review of a magistrate judge's report and recommendation is required.[2]  Accordingly,

IT IS ORDERED THAT the Report and Recommendation **[ECF No. 7] is ADOPTED** in full, and **this action is DISMISSED without prejudice, and the Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
March 31, 2026

---

[1] ECF No. 7.

[2] *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).